# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

### ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 1:15-cv-00095
2. Style of case: *Bill Smith Properties, LLC v. American States Ins. Co.*
3. Nature of suit: insurance claim
4. Method of ADR used:   *Mediation   __ Mini-Trial   __ Summary Jury Trial
5. Date ADR session was held: October 21, 2015
6. Outcome of ADR (*Select one*):

   __Parties did not use my services.   __ Settled, in part, as a result of ADR.

   *Settled as a result of ADR.   __Parties were unable to reach settlement.

   __Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $3,900.00
8. Duration of ADR: full day
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   Will Pryor, Mediator            Colin Batchelor, Defendant Counsel
   Tim Hoch, Plaintiff Counsel     Rick Price, Defendant rep
   Bill Smith, Plaintiff
   Cynthia Montgomery, Plaintiff rep

10. Provider information:

    _____/s/ Will Pryor_____                    October 22, 2015
    Signature                                    Date

    Will Pryor
    5420 LBJ Freeway, Suite 626
    Dallas, TX  75240                            469 374 0222
                                                 Telephone

Please provide the names, addresses, and telephone numbers of counsel:

Tim Hoch
Hoch Law Firm, P.C.
5616 Malvey Avenue
Fort Worth, TX  76107
817 731 9703

Colin Batchelor
Tillman Batchelor, LLP
1320 Greenway Drive, Suite 830
Irving, TX  75038
214 492 5720