IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| BILL SMITH PROPERTIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:15-cv-95 |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | |
| COMPANY and AMERICAN STATES | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Bill Smith Properties, Inc. ("Plaintiff"), and Defendants Liberty Mutual Insurance Company and American States Insurance Company ("Defendants") (Plaintiff and Defendants will be collectively referred to as the "Parties") file this Joint Motion to Dismiss with Prejudice, and in support thereof would respectfully show the Court as follows:

All matters between the Parties have been fully settled.  Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted by Plaintiff against Defendant Liberty Mutual Insurance Company and/or Defendant American States Insurance Company be dismissed with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants request that the above-styled and numbered case be dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring same.

**SIGNATURES ON FOLLOWING PAGE**

Respectfully Submitted,


*/s/ Timothy M. Hoch*
Timothy M. Hoch
State Bar No. 09744950
**HOCH LAW FIRM, P.C**.
5616 Malvey Avenue
Fort Worth, Texas 76107
(817) 731-9703 (Telephone)
(817) 731-9706 (Facsimile)
E-mail:   tim@hochlawfirm.com


**ATTORNEYS FOR PLAINTIFF
BILL SMITH PROPERTIES, INC.**


*/s/ Colin Batchelor*
MARK D. TILLMAN
State Bar No. 00794742
COLIN BATCHELOR
State Bar No. 24043545
**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone:  214.492.5720
Facsimile:  214.492.5721
Email:   mark.tillman@tb-llp.com
         colin.batchelor@tb-llp.com

**ATTORNEYS FOR DEFENDANTS
LIBERTY MUTUAL INSURANCE COMPANY
and AMERICAN STATES INSURANCE**

## CERTIFICATE OF SERVICE

In accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on November 17, 2015, a true and correct copy of the above and foregoing instrument was served *via facsimile or electronic service* upon:

**ATTORNEYS FOR PLAINTIFF**
Timothy M. Hoch
SBN  09744950

HOCH LAW FIRM, P.C.
5616 Malvey Avenue
Fort Worth, Texas 76107
(817) 731-9703 (Telephone)
(817) 731-9706 (Facsimile)
E-mail: tim@hochlawfirm.com

*/s/ Colin Batchelor*
COLIN BATCHELOR